IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | CRIMINAL NO. **19-CR-01618-WJ** |
| **CRAIG WESTMORELAND,** | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS INDICTMENT

Pursuant to Rule 48, Fed. R. Crim. P., the United States respectfully moves to dismiss the Indictment Cr. No. **19-CR-01618-WJ** as to Defendant, **CRAIG WESTMORELAND**, and in support of its motion states as follows:

Defendant entered a guilty plea to an Information on August 18th, 2020. The Plea Agreement provides that at sentencing the United States will move to dismiss the Indictment.

WHEREFORE, the United States requests that this motion be granted and the Court dismiss the Indictment Cr. No. 19-CR-01618-WJ in this case as to Defendant **CRAIG WESTMORELAND**. Defendant is presumed to not oppose this motion.

    Respectfully submitted,

    FRED J. FEDERICI
    Acting United States Attorney

    *Electronically signed: May 21, 2021*
    Timothy D. Trembley
    Special Assistant United States Attorney
    P. O. Box 607
    Albuquerque, NM 87103

I HEREBY CERTIFY that I filed the Foregoing pleading electronically through the CM/ECF system which caused counsel for Defendant to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein.

*Electronically filed: May 21, 2021*
Timothy D. Trembley
Special Assistant United States Attorney